**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM3

| | |
|---|---|
| Tanghenam Electric Wire & Cable Co., Ltd.<br><br>     Plaintiff,<br><br>v.<br><br>United States,<br><br>     Defendant. | **SUMMONS**<br>CIT NO. Case Number 25-00049 |

**TO:** The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                  */s/* **Mario Toscano**
                  Clerk of the Court

---

1. Name and Standing of Plaintiff

   Plaintiff Tanghenam Electric Wire & Cable Co., Ltd. ("Tanghenam") is a foreign producer and/or exporter of subject merchandise subject to the final determination being challenged in this action. Therefore, Plaintiff is an interested party within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(l). Plaintiff was the mandatory respondent and also fully and actively participated in the underlying anticircumvention inquiry proceeding that led to the determination being challenged. Accordingly, Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. Brief Description of Contested Determination

   Plaintiff contest the final determination of the U.S. Department of Commerce ("Department") that aluminum wire and cable (AWC) completed and are being exported from the Socialist Republic of Vietnam (Vietnam) to the United States by Tanghenam during the time period November 1, 2018 through September 30, 2023 in circumvention of the antidumping duty and countervailing duty orders on aluminum wire and cable from the People's Republic of China under 19 U.S.C. § 1677j(b). *See Aluminum Wire and Cable From the People's Republic of China: Final Negative Scope Ruling and Final Affirmative Determination of Circumvention With Respect to the Socialist Republic of Vietnam (A-570-095, C-570-096),* 90 Fed. Reg. 8196 (January 27, 2025) ("Final Ruling").

3. Date of Determination

The Department's above-referenced Final Negative Scope Ruling and Final Affirmative Determination of Circumvention With Respect to the Socialist Republic of Vietnam was published in the Federal Register on January 27, 2025.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The Department's above-referenced *Final Negative Scope Ruling and Final Affirmative Determination of Circumvention With Respect to the Socialist Republic of Vietnam* was published in the Federal Register on January 27, 2025. *See* 90 Fed. Reg. 8196 (Jan. 27, 2025).

Alexander H. Schaefer, Esq.

Weronika Bukowski, Esq.

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Email: aschaefer@crowell.com

<u>Counsel for Plaintiff</u>

*/s/ Alexander H. Schaefer*
_____
Signature of Plaintiff's Attorney

February 26, 2025
_____
Date

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is required to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**

Attorney-in-Charge
General International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

John D. McInerney
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## CERTIFICATE OF SERVICE

  Pursuant to Rule 3(f) of the Court of International Trade, I, Alexander H. Schaefer, hereby certify that I have caused copies of the following documents: 1) Form 3 - Summons; 2) Form 5 – Information Statement; and 3) Form 13 – Corporate Disclosure, in Tanghenam Electric Wire & Cable Co., Ltd. v. United States, Case No. Case Number 25-00049, be served upon the parties in the administrative proceeding, by the U.S. certified mail, return receipt requested on February 26, 2025.

Sydney H. Mintzer, Esq.
Representative of Southwire Company, LLC
**Mayer Brown, LLP**
1999 K Street, NW
Washington, DC 20006-1101
Phone: 202-263-3000
Email: smintzer@mayerbrown.com

Jack A Levy, Esq.
Representative of Encore Wire Corporation
**Rock Creek Trade LLP**
900 19th Street, NW
Suite 600
Washington, DC 20006
Phone: 2022306630
Email: jack@rockcreektrade.com

Andrew T. Schutz, Esq.
Representative of ICC Cable Corp. and DonAmerica Electrical Supply LLC
**Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP**
1201 New York Ave., NW
Suite 650
Washington, DC 20005
Phone: 202-783-6881
Email: aschutz@gdlsk.com

William Marshall, Esq.
Representative of ICF Cable (Vietnam) Co., Ltd.
**Sandler, Travis & Rosenberg, P.A.**
1300 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004-3002
Phone: 202-216-9307
Email: wmarshall@strtrade.com

Giang Le
Representative of TANGHENAM ELECTRIC WIRE AND CABLE CO., LTD
**GHConsults LLC**

Level 11, Vinafor Building, 127 Lo Duc Street, Hanoi, Vietnam
Phone: 842462536257
Email: giangls@ghconsults.vn